# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 23-cv-00872-REB-MEH

CALVIN WANNER,

    Plaintiff,

v.

AMERICAN ECONOMY INSURANCE COMPANY

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter before me on the **Joint Stipulation for Dismissal With Prejudice** [#21],[1] filed December 5, 2023. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal With Prejudice** [#21] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That the deadlines and hearings, including the combined Final Pretrial and Trial Preparation Conference set May 9, 2024, and the five day jury trial set to commence June 3, 2024, are vacated; and

4. That this case is closed.

---

[1] "[#21]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated December 5, 2023, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge